# OSBORN LAW P.C.

Daniel A. Osborn, Esq.  43 West 43rd Street, Suite 131  Email: info@osbornlawpc.com
Lindsay M. Trust, Esq.  New York, New York 10036  www.osbornlawpc.com
 Phone: 212-725-9800
 Facsimile: 212-500-5115

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/06/2021

October 6, 2021

<u>VIA ECF</u>

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Ramirez v. Commissioner of Social Security,*
             <u>Civil Action No. 1:20-cv-10766-RWL</u>

Dear Judge Lehrburger,

    We write on behalf of plaintiff, Judith Ramirez, and with the consent of the defendant, to request an extension of all deadlines in the Court's February 4, 2021 Scheduling Order. This is plaintiff's first request for an extension of time.

    Subject to the approval of the Court, the parties propose the following revised briefing schedule:

    a. By **October 20, 2021**, Plaintiff must serve a written proposal for settlement on counsel for the Commissioner summarizing Plaintiff's strongest arguments;

    b. By **November 22, 2021**, the Parties shall either: (a) electronically file a stipulation dismissing, remanding, or otherwise resolving the case; or (b) electronically file a joint letter advising the Court that the parties are unable to resolve the case and are proceeding to brief their respective positions;

    c. If the Parties have not agreed to dismiss, remand or otherwise resolve the case, Plaintiff to file her motion for judgment on the pleadings on or before **December 9, 2021**;

Honorable Robert W. Lehrburger
October 6, 2021
Page 2

    d. Defendant to file its response/cross-motion on or before **February 7, 2022**; and

    e. Plaintiff to file her reply (if any) on or before **February 28, 2022**.

Thank you for your consideration of this request.

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:   212-725-9800
Facsimile:    212-500-5115
dosborn@osbornlawpc.com

cc: Mary Ellen Brennan, Esq. (by ECF)

SO ORDERED:

_____  10/06/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE