# OSBORN LAW P.C.

| | | |
|---|---|---|
| Daniel A. Osborn, Esq. | 43 West 43rd Street, Suite 131 | Email: info@osbornlawpc.com |
| Lindsay M. Trust, Esq. | New York, New York 10036 | www.osbornlawpc.com |
| | Phone: 212-725-9800 | |
| | Facsimile: 212-500-5115 | |

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY  FILED                │
│ DOC #:_____        │
│ DATE FILED:__12/03/2021_____         │
└─────────────────────────────────────┘
```

December 3, 2021

**VIA ECF**

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:   *Ramirez v. Commissioner of Social Security,*
>        Civil Action No. 1:20-cv-10766-RWL

Dear Judge Lehrburger,

We write on behalf of plaintiff, Judith Ramirez, and with the consent of the defendant, to request an extension of all deadlines in the Court's February 4, 2021 Scheduling Order.  This is plaintiff's second request for an extension of time. The request is necessitated by the number of briefs due to be filed by our office within the next two weeks.

Subject to the approval of the Court, the parties propose the following revised briefing schedule, including events already passed:

    a.  On October 20, 2021, Plaintiff served a written proposal for settlement on counsel for the Commissioner summarizing Plaintiff's strongest arguments;

    b.  On November 22, 2021, the Parties electronically filed a joint letter advising the Court that the parties are unable to resolve the case and are proceeding to brief their respective positions;

    c.  If the Parties have not agreed to dismiss, remand or otherwise resolve the case, Plaintiff to file her motion for judgment on the pleadings on or before **January 24, 2022**;

Honorable Robert W. Lehrburger
December 3, 2021
Page 2

    d.  Defendant to file its response/cross-motion on or before **March 25, 2022**; and

    e.  Plaintiff to file her reply (if any) on or before **April 15, 2022**.

    Thank you for your consideration of this request.

        Respectfully submitted,

        s/Daniel A. Osborn
        Daniel A. Osborn
        OSBORN LAW, P.C.
        43 West 43rd Street, Suite 131
        New York, New York 10036
        Telephone:    212-725-9800
        Facsimile:    212-500-5115
        dosborn@osbornlawpc.com

cc: Mary Ellen Brennan, Esq. (by ECF)

        SO ORDERED:

        _____12/03/2021_____

        HON. ROBERT W. LEHRBURGER
        UNITED STATES MAGISTRATE JUDGE