# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                                            dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                                         ltrust@osbornlawpc.com

April 24, 2024

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/24/2024**

**VIA ECF**

Honorable Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Extension granted nunc pro tunc.

SO ORDERED:

4/24/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

                  Re:     *Ramirez v. Commissioner of Social Security*
                               Civil Action 20-cv-10766 (RWL)

Dear Judge Lehrburger,

       We write on behalf of plaintiff, Judith Ramirez, for an extension of time to file a Stipulation and Order for attorneys' fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).

       On September 13, 2022, the parties reached a mutual agreement for the payment of attorney fees under EAJA in the amount of $6,000.00. The same day, counsel for the Commissioner circulated a Stipulation and Order memorializing the parties' agreement. The following day, as directed by the defendant, plaintiff signed and returned the Stipulation and Order to counsel for the Commissioner for filing. Attached hereto is a copy of the Stipulation and Order.

       Unfortunately, the Stipulation and the Stipulation and Order was not filed within 30 days of final judgment in this case. Plaintiff respectfully requests that the Court extend the time to file the attached Stipulation and Order regarding attorneys' fees pursuant to EAJA. Defendant takes no position with respect to this request.

43 West 43rd Street, Suite 131        Telephone 212-725-9800        osbornlawpc.com
New York, New York 10036           Facsimile  212-500-5115         info@osbornlawpc.com

Honorable Robert W. Lehrburger
April 24, 2024
Page Two

                        Respectfully submitted,

                        s/Daniel A. Osborn
                        Daniel A. Osborn
                        OSBORN LAW, P.C.
                        43 West 43rd Street, Suite 131
                        New York, New York 10036
                        Telephone:   212-725-9800
                        Facsimile:   212-500-5115
                        dosborn@osbornlawpc.com